IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY LEE, *as Wife and Personal Representative of the Wrongful Death Beneficiaries of John Morris Lee, Jr. and Estate of John Morris Lee, Jr., Deceased,* and JOHN MORRIS LEE, III | § § § § § § § § § § § § § | PLAINTIFFS |
| v. | | Civil No. 1:13cv441-HSO-RHW |
| JONA CROWLEY | | DEFENDANT |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 24 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

# SPECIAL VERDICT FORM

## PART I:

**Question Number One:**

Have Plaintiffs proved by a preponderance of the evidence their claim against Defendant Jona Crowley for unconstitutional deliberate indifference to John Morris Lee, Jr.'s serious medical needs?

Yes  _____

No   ✓

*If your answer to Question Number One is "Yes," please proceed to Question Number Two.  If your answer to Question Number One is "No," you should not proceed further in Part I, but should proceed to Part II of the Special Verdict Form.*

**Question Number Two:**

    What amount of compensatory damages, if any, do you find by a preponderance of the evidence should be awarded to Plaintiffs on behalf of John Morris Lee, Jr. for John Morris Lee, Jr.'s injuries; physical pain and suffering and resulting mental anguish, if any; and loss of enjoyment of life?
    *(Please answer in dollars and cents.)*

    $_____

*Please proceed to Question Number Three.*

**Question Number Three:**

    Has Plaintiff Dorothy Lee proved by a preponderance of the evidence her loss of consortium claim against Defendant Jona Crowley?

    Yes   _____

    No    _____

*If your answer to Question Number Three is "Yes," please proceed to Question Number Four. If your answer to Question Number Three is "No," you should skip Question Number Four and proceed to Question Number Five.*

**Question Number Four:**

    What amount of damages, if any, do you find by a preponderance of the evidence should be awarded to Plaintiff Dorothy Lee on her loss of consortium claim against Defendant Jona Crowley?
    *(Please answer in dollars and cents.)*

    $_____

*Please proceed to Question Number Five.*

**Question Number Five:**

Has Plaintiff John Morris Lee, III proved by a preponderance of the evidence his loss of society and companionship claim against Defendant Jona Crowley?

Yes _____

No _____

*If your answer to Question Number Five is "Yes," please proceed to Question Number Six. If your answer to Question Number Five is "No," you should skip Question Number Six and proceed to Question Number Seven.*

**Question Number Six:**

What amount of damages, if any, do you find by a preponderance of the evidence should be awarded to Plaintiff John Morris Lee, III on his loss of society and companionship claim against Defendant Jona Crowley?
   *(Please answer in dollars and cents.)*

$_____

*Please proceed to Question Number Seven.*

**Question Number Seven:**

Do you find by a preponderance of the evidence that Plaintiffs should be awarded punitive damages against Defendant Jona Crowley?

Yes _____

No _____

*If your answer to Question Number Seven is "Yes," please proceed to Question Number Eight. If your answer to Question Number Seven is "No," you should not proceed further in Part I, but should proceed to Part II of the Special Verdict Form.*

**Question Number Eight:**

What amount of punitive damages, if any, do you find by a preponderance of the evidence should be awarded to Plaintiffs against Defendant Jona Crowley? (*Please answer in dollars and cents.*)

$_____

*Please proceed to Part II of the Special Verdict Form.*

## PART II:

## FINALIZATION OF THE VERDICT FORM

*Please date and sign below:*

_____2/24/17_____
Dated

_____[redacted]_____
Foreperson

_____[redacted]_____
Juror

_____[redacted]_____
Juror

_____[redacted]_____
Juror

_____[redacted]_____
Juror

_____[redacted]_____
Juror

_____[redacted]_____
Juror