IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY LEE, *as Wife and Personal Representative of the Wrongful Death Beneficiaries of John Morris Lee, Jr. and Estate of John Morris Lee, Jr., Deceased*, and JOHN MORRIS LEE, III § § § § § § § § | § § | **PLAINTIFFS** |
| v. | § § § | Civil No. 1:13cv441-HSO-RHW |
| JACKSON COUNTY, MISSISSIPPI, *et al.* | § § | **DEFENDANTS** |

## FINAL JUDGMENT

The claims of Plaintiffs against Defendant Jona Crowley came on for trial before the Court and a jury on the 21st day of February, 2017, and concluded on the 24th day of February, 2017, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and having received the instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict. The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Defendant Jona Crowley. In accordance with the jury's unanimous verdict, the Court's prior Orders [170], [302], [306], and the parties' Stipulation of Dismissal [253],

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiffs' claims against Defendant Jona Crowley are **DISMISSED WITH PREJUDICE**.

1

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED.**

**SO ORDERED AND ADJUDGED**, this the 24th day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE